# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JESSE CLEVELAND HARRELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1366

[August 8, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah Weiss, Judge; L.T. Case No. 1999CF006554A.

Jesse C. Harrell, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CIKLIN, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***